# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE A. TOLIVER,
Appellant,
vs.
MARCEE CLARK, SPECIAL
ADMINISTRATIX OF THE ESTATE OF
MATTIE MCAFEE,
Respondent.

No. 72662

**FILED**

SEP 26 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This proper person appeal was docketed in this court on March 27, 2017, without the payment of the requisite filing fee. The district court's May 23, 2017, order denying appellant's application to proceed in forma pauperis was filed in this court on June 1, 2017. On July 26, 2017, this court entered an order directing appellant to submit the required requisite filing fee or an affidavit specifically listing the values of his assets and expenses within 30 days or this appeal will be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A Brown

cc: Hon. David M. Jones, District Judge
George A. Toliver
Bremer Whyte Brown & O'Meara, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-32639